IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WILLIAM JONATHAN MAYO,<br><br>  Plaintiff,<br><br>     v.<br><br>ERIC SELLERS<br>Superintendent, Clayton Transitional Center; Georgia Department of Corrections, et al.,<br><br>  Defendants. | CIVIL ACTION FILE<br>NO. 1:10-CV-4217-TWT |

## ORDER

This is a pro se civil rights action. It is before the Court on the Report and Recommendation [Doc. 7] of the Magistrate Judge recommending dismissing the action as frivolous. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 8 day of July, 2011.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\10\Mayo\10cv4217\r&r.wpd